EIGHT TWELVE BROADWAY, INC., v. MAX ROSENFELD, Impleaded, etc.— Application denied, with ten dollars costs, and stay vacated.   Order signed.   Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

BARNARD POWERS v. VICTOR E. GRAHAM.— Application denied, with ten dollars costs.   Order signed.   Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ALFRED SAVASTANO v. THAYER MERCANTILE CO., INC.— Application granted. Order signed.   Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

MARGARET HASLUP STRAUB v. WALTER MORRIS STRAUB.— Motion denied, without costs.   Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

EMMA L. BUSH and Others v. A. GORDON MURRAY and Others, Impleaded, etc.— Motion granted.   Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

KATE ISRAEL v. DAVID ISRAEL.— Motion granted upon condition stated in order.   Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

WILLIAMS STEAMSHIP CO., INC., v. RUBY STEAMSHIP CORPORATION, LTD.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

CHARLES S. DREW and Another, Respondents, v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY, INC., Appellant.— Judgment affirmed, with costs.   No opinion.   Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

In the Matter of the CITY OF NEW YORK, etc. (Bear Swamp Road).— Motion to dismiss appeal granted, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.